IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL E. ESTRADA,** | CIV S-08-1547 GGH P |
| Petitioner, | **ORDER GRANTING ENLARGEMENT OF TIME** |
| v. | |
| **K. CLARK, Warden, et al.,** | |
| Respondent. | |

The Court finds that good cause appears for an extension of time. Respondent's response to the Order to Show Cause is due on September 22, 2008. Petitioner's response is due 30 days from that date.

IT IS SO ORDERED.

DATED:   08/25/08            /s/ Gregory G. Hollows
                             _____
                             GREGORY G. HOLLOWS
                             Magistrate Judge, United States District Court

estr1547.eot

[Proposed] Order - *Estrada v. Clark* - CIV S-08-1547 GGH P