IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. ESTRADA,

    Petitioner,           No. CIV S-08-1547 GGH P

    vs.

K. CLARK, et al.,

    Respondents.      ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

    Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

    In accordance with the above, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis is granted;

DATED: 08/27/08

                            /s/ Gregory G. Hollows

estrada.ifp                       UNITED STATES MAGISTRATE JUDGE

1