IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. ESTRADA,

      Petitioner,                    No. CIV S-08-1547 WBS GGH P

    vs.

K. CLARK, Warden,

      Respondent.              ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Petitioner has also motioned for an extension of time to file a response to respondent's December 17, 2008 answer.

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's January 5, 2009, request for appointment of counsel (Docket No. 22) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

2. Petitioner's January 5, 2009, motion for an extension of time (Docket No. 21) is granted; and

3. Petitioner is granted sixty days from the date of this order in which to file a response to respondent's December 17, 2008, answer; no further requests for extension of time will be granted but for a showing of substantial cause.

DATED: January 13, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
estr1547.110+111